

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRO-TECH CORPORATION t/a THE PUROLITE COMPANY, *et al.* | : : : | CIVIL ACTION |
| v. | : : | **FILED** FEB 2 6 2008 |
| THERMAX, INC. d/b/a THERMAX USA LTD, *et al.* | : : | NO. 05-2330   MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |

### ORDER

AND NOW, this 25th day of February, 2008, after careful review and independent consideration of Plaintiffs' Motion for Evidentiary Preclusion and Sanctions Against Defendants (Document No. 230) and Emergency Motion in Limine to Exclude Thermax Document Pursuant to Fed. R. Civ. P. 37 and Fed. R. Evid. 1006 (Document No. 261), Defendant's responses thereto, supplemental documents submitted by the parties at the hearing, the transcript of the January 18, 2008 hearing, and the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiffs' Motion for Evidentiary Preclusion and Sanctions Against Defendants (Document No. 230) is DENIED; and

3. Plaintiffs' Emergency Motion in Limine to Exclude Thermax Document Pursuant to Fed. R. Civ. P. 37 and Fed. R. Evid. 1006 (Document No. 261) is DISMISSED as moot.

It is so ORDERED.

BY THE COURT:

Cynthia M. Rufe
CYNTHIA M. RUFE, J.