IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRO-TECH CORPORATION t/a** : <br> **THE PUROLITE COMPANY, et al.,** : <br> **Plaintiffs,** : <br> v. : <br> : <br> **THERMAX, INC. d/b/a THERMAX** : <br> **USA LTD, et al.,** : <br> **Defendants.** : | **CIVIL NO. 05-CV-2330** |

### ORDER

**AND NOW**, this 6th day of May 2009, upon consideration of Plaintiffs' Motion For An Order Protecting Confidential Information [Doc. No. 468], and Defendant Thermax, Inc.'s Response [Doc. No. 469], and for the reasons set forth in the attached Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**; it is granted in that National Economic Research Associates agents Phillip Beutel and Christine Meyer remain bound by the terms of the confidentiality agreements they entered into in the above-captioned action, but denied in that this Court declines to render further rulings as to the applicability of the confidentiality agreements established herein to the related action pending in the United States District Court for the Southern District of New York, <u>National Economic Research Associates v. Purolite "C" Corporation d/b/a The Purolite Company</u>, No. 08-Civ-07600 (Lynch, J.).

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**